IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. WDQ-13-028 |
| JESSE EDWARD WILLIAMS, IV | * | |

\* \* \* \* \* \* \* \* \* \*

### ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

Having considered Mr. Williams' unopposed request to modify conditions of release in the above-referenced case, and understanding that the Government and Pretrial Services do not object to this request, it is this 24th day of January 2013, hereby ORDERED:

1) Mr. Williams is permitted to travel out-of-state with his mother for performances of her play as long as he first obtains the advanced approval of Pretrial Services and he travels by car; and

2) That all other conditions of release ordered December 19 and 20, 2012, that are not inconsistent with this order remain in effect.

Hon. Stephanie A. Gallagher
UNITED STATES MAGISTRATE JUDGE